Karen A. Braje (State Bar No. 193900)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone: 415.543.8700
Facsimile: 415.391.8269

Attorneys for Plaintiff Rodney Coleman

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY COLEMAN,<br><br>               Plaintiff,<br><br>   vs.<br><br>MOSS D. POSNER, M.D.; CHARLES DUDLEY LEE, M.D.,<br><br>               Defendants. | Case No. C 04-05269 BZ<br><br>[~~PROPOSED~~] ORDER CONTINUING SETTLEMENT CONFERENCE |

      Having considered the parties' stipulation, and good cause appearing, the Court hereby orders: The October 31, 2005 Settlement Conference is hereby VACATED. The Settlement Conference is continued to ___February 6___, 2006, at 9:30 a.m. before the Honorable Joseph C. Spero.

      PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: Oct. 26, 2005

_____
The Honorable
U.S. Magistrate

*IT IS SO ORDERED*
*[signature] Judge Bernard Zimmerman*

40067810.DOC

— 1 —