```
 1 | BILL LOCKYER
   | Attorney General of the State of California
 2 | PAUL T. HAMMERNESS
   | Supervising Deputy Attorney General
 3 | HARRY T. (CHIP) GOWER, III  SBN 170784
   | Deputy Attorney General
 4 |  455 Golden Gate Avenue, Suite 11000
   |  San Francisco, CA  94102-7004
 5 |  Telephone:  (415) 703-5500
   |  Fax:  (415) 703-5480
 6 |
   | Attorneys for Defendants Charles Dudley Lee, M.D.,
 7 | Moss D. Posner, M.D. and Anthony A. Lamarque
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RODNEY COLEMAN,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**MOSS D. POSNER, M.D., CHARLES DUDLEY LEE,**<br><br>　　　　　　　　　　Defendants. | Case No. C 04-5269 BZ<br><br>**[PROPOSED] ORDER EXTENDING DEADLINE TO AMEND COMPLAINT** |

Having considered the parties' stipulation, and good cause appearing, the Court hereby orders:  Plaintiff must name additional defendants by December 21, 2005.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  November 29, 2005

　　　　　　　　　　_____
　　　　　　　　　　The Hon.
　　　　　　　　　　U.S. Magistrate Judge

*IT IS SO ORDERED*
*Judge Bernard Zimmerman*

40071318.wpd

[PROPOSED]  ORDER

Coleman v. Posner, et al.
Case No. C 04-5269 BZ

-1-