UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY COLEMAN,<br><br>      Plaintiff(s),<br><br>  v.<br><br>MOSS D. POSNER, M.D., et al.,<br><br>      Defendant(s). | No. C 04-5269 BZ<br><br>**ORDER VACATING MOTION TO COMPEL PRODUCTION AND MOTION TO COMPEL TESTING** |

    Following a telephonic conference on March 10, 2006, the court ordered the parties to read and comply with its order scheduling jury trial and pretrial matters.  Plaintiff was ordered to contact the court if he still intended to pursue his motion to compel a response to requests for production [docket # 60].  Regarding defendants' motion to compel plaintiff to submit to neurological and neuropsychological examination and testing [docket # 56], plaintiff notified the court on March 17, 2006 that the parties planned to stipulate to an examination.  In light of the above and having received nothing from the parties indicating a need to decide their

1

1  motions, **IT IS HEREBY ORDERED** that these motions are **VACATED**,
2  and the hearing on defendants' motion set for April 5, 2006 is
3  also **VACATED**.
4  Dated: March 24, 2006

*Bernard Zimmerman*
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\COLEMAN\VACATE.MOTIONS.ORD.wpd