UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RODNEY COLEMAN, | ) | |
| Plaintiff(s), | ) | No. C 04-5269 BZ |
| v. | ) | **CONDITIONAL ORDER OF DISMISSAL** |
| MOSS D. POSNER, M.D., et al., | ) | |
| Defendant(s). | ) | |

The Court having been advised that the parties to this matter have agreed to a settlement, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and all scheduled matters are **VACATED**; provided, however, that any party may, within **30 days** of the date of this Order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.

Dated: June 6, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\ARCHIVE\BZCASES.3\COLEMAN\CONDDISMISSAL.wpd

1